**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR GARCIA GUTIERREZ,<br>Petitioner,<br>v.<br>WARDEN B. BIRKHOLZ,<br>Respondent. | Case No. CV 25-06532-KK (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRTE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that (1) Respondent’s motion to dismiss is DENIED without prejudice; and (2) Respondent is ordered to file an Answer to the Petition and lodge any documents relevant to the

resolution of the issues raised in the Petition within fourteen (14) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Petitioner and counsel for Respondent.

DATED: October 9, 2026

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE